DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEXIS THERESA VAN DOREN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0630

_____

June 3, 2026

Appeal from the County Court for Pinellas County; Holly T. Grissinger,
Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa; and William C. Shelhart, Assistant
Attorney General, Tampa (substituted as counsel of record), for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.